## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Esther Latcher,                                  Civil No. 12-939 (PJS/TNL)

        Plaintiff,

v.                                               **ORDER**

Warden Nicole English,

        Defendant.

---

Esther Latcher, Prisoner # 34018-044, 1000 University Ave., Waseca, MN 56093, *pro se* Petitioner; and

Lonnie F. Bryan, **United States Attorney's Office**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Respondent.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 19, 2013 (ECF No. 9), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 (ECF No. 1) is **DENIED**, and

2. Petitioner's Motion for the Expeditious Disposition of her Petition (ECF No. 8) is **DENIED AS MOOT**.

Date: 08/01/13                                                  s/Patrick J. Schiltz
                                                                                   The Honorable Patrick J. Schiltz
                                                                                   United States District Court Judge
                                                                                   for the District of Minnesota